# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D19-4384

—————————————————

SCOTTIE BRUCE HEGGS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

—————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 11, 2020

PER CURIAM.

DENIED.

LEWIS, ROBERTS, and MAKAR, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Scottie Bruce Heggs, pro se, Petitioner.

No appearance for Respondent.